```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

IAN SMALL,                          :

    Petitioner,                 :

v.                                  :

                                     CIVIL ACTION 06-771-KD-M

ALBERTO GONZALES,                   :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,             :

    Respondents.                :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED and that this action be DISMISSED.

DONE this 26th day of June, 2007.

                                     /s/ Kristi K. DuBose
                                     KRISTI K. DuBOSE
                                     UNITED STATES DISTRICT JUDGE